

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-82,280-01 & WR-82,280-02

### EX PARTE CORY J. BECK, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NO. 1244593-A & 1244594-A
### IN THE 351ST DISTRICT COURT FROM HARRIS COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 3, 2016
DO NOT PUBLISH